UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                    Plaintiff-Respondent,

       v.

FRANCISCO CERVANTES,

                  Defendant-Movant.

CASE NO. CR11-5413BHS

ORDER DENYING MOTION FOR
REDUCTION OF SENTENCE

This matter comes before the court on Defendant-Movant Francisco Cervantes'
(Cervantes') Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582. Dkt. 127. The court has
reviewed the motion and the government's response (Dkt. 132).

Defendant seeks a reduction in sentence based on Amendment 788 to the Sentencing
Guidelines which made Amendment 782 to USSG 2D1.1. In Cervantes' case, these amendments
do not have the effect of reducing the applicable Sentencing Guidelines range, therefore
Cervantes is ineligible for a reduction in sentence and his motion should be denied.

NOW, THEREFORE, IT IS HEREBY ORDERED that Cervantes' Motion to Reduce
Sentence Pursuant to 18 U.S.C. § 3582 is DENIED.

Dated this 20th day of May, 2015.

BENJAMIN H. SETTLE
United States District Judge